**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. **10-60848** |
| | : | |
| **Nancy Jo Mooney** | : | Chapter **13** |
| SSN: xxx-xx-**3714** | : | |
| | : | Judge **Caldwell** |
| **Michael Stevean Mooney** | : | |
| SSN: xxx-xx-**8522** | : | |
| **Debtors**. | : | |

**DEBTORS' NOTICE OF CHANGE OF ADDRESS**

Now **come Debtors**, **Nancy Jo Mooney and Michael Stevean Mooney**, by and through counsel, and **notify** the Court and the Trustee of **their** new mailing address. The new address is: **1330 Hanover Rd.; Lot 72; Delaware, OH 43015**.

Respectfully Submitted,
MARLATT LAW OFFICE

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq. (0076733)
Attorney for **Debtors**
PO Box 1575
Westerville, OH 43086
Telephone: (614) 523-3576
Facsimile: (740) 990-0825
Email: MarlattLaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or regular U.S. mail on the **7th** day of **July**, **2015** upon:

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov

Frank M Pees    trustee@ch13.org

**Nancy Jo Mooney**
**Michael Stevean Mooney**
**1330 Hanover Rd.; Lot 72**
**Delaware, OH 43015**

**/s/ J. Scott Marlatt**
J. Scott Marlatt, Esq. (0076733)
Attorney for **Debtors**